UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ELIZABETH FORAKER,    Case No. 19-12364-t7
    Debtor(s).

## TRUSTEE'S MOTION FOR DEFERRED FILING FEE PURSUANT TO NEW MEXICO LOCAL RULE 2015-2

**COMES NOW** Philip J. Montoya, the Chapter 7 Trustee herein ("trustee"), by counsel, and moves the Court for its order pursuant to New Mexico Local Rule 2015-2 allowing trustee to defer the Court fee for the §363(f) motion filed herein (doc.25), and as grounds would show:

1. Trustee does not have sufficient liquid funds available to pay the Court fee for the §363(f) motion;

2. The trustee shall pay the fee if and when estate funds become available.

**WHEREFORE**, Trustee moves the Court for its order allowing trustee to defer the Court fee for the §363(f) motion filed herein until such time as estate funds become available, and for such other relief as the Court deems appropriate.

    s/ Filed electronically
    Philip J. Montoya
    Attorney for Trustee
    1122 Central Avenue SW, Suite 3
    Albuquerque, NM 87102
    (505) 244-1152
    pmontoya@swcp.com

This certifies that on this 7th day of May, 2020, a copy of the foregoing motion was served via the CM-ECF notification system on all parties who have entered an appearance.
s/ Filed electronically
Philip J. Montoya