UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
ELIZABETH FORAKER,
    Debtor(s)                                                No. 19-12364-t7

## NOTICE OF DEADLINE FOR FILING OBJECTIONS TO TRUSTEE'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), (k) and (m)

      Please take notice that on May 7, 2020, Philip J. Montoya, Trustee, forwarded to the Court for filing, Chapter 7 Trustee's Motion to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests pursuant to 11 U.S.C. §363(b), (f), (k) and (m), wherein Trustee seeks Court approval to sell the Debtor's former residence located at 19 Six Springs Road, La Luz, NM 88337 free and clear of any liens, claims or interests. The Motion sets out a procedure for the property to be sold on Auction.com. If the auction sale is not successful, the first mortagage holder will be allowed to credit bid. In either case, the bankruptcy estate will receive a minimum carve-out of $7,500.00. **A copy of the aforesaid Motion is on file with the Bankruptcy Court Clerk and is available for public inspection.**

      **IF YOU OBJECT** to the Motion, you must file an objection with the Clerk of United States Bankruptcy Court, Pete V. Domenici Federal Building and United States Courthouse, 333 Lomas Blvd NW, Suite 360, Albuquerque, NM 87102, within **21** days of the date of service of this notice. If you are an attorney, you must electronically file your objection. You must serve your objection to Philip J. Montoya, Attorney for Applicant, 1122 Central Avenue SW, Suite 3, Albuquerque, New Mexico 87102, (505) 244-1152.

      If objections are timely filed, a hearing to consider them will be had before the Honorable David Thuma, in the United States Bankruptcy Court, 5th Floor, Pete V. Domenici Federal Building and United States Courthouse, 333 Lomas Blvd NW, Albuquerque, New Mexico on short notice to Philip J. Montoya and any objecting party. If no objections are timely filed, the Court may consider entry of an Order granting application which has been presented to the Court.

                                                <u>Filed electronically</u>
                                                Philip J. Montoya
                                                Attorney for Trustee
                                                1122 Central Avenue SW, Suite 3
                                                Albuquerque, NM 87102
                                                Tel: (505) 244-1152
                                                pmontoya@swcp.com

I certify that I mailed a copy of this notice, via first class mail to the Debtor(s), c/o her attorney of record, and all creditors and parties of interest included on the mailing matrix. A copy of the mailing matrix is attached to the original of this notice.

                                                <u>Filed electronically</u>
                                                Philip J. Montoya

Date of Mailing:      <u>5/7/20</u>

*Note: Inquiries regarding this hearing should be directed to* Philip J. Montoya, Attorney for Trustee, 1122 Central Avenue SW, Suite 3, Albuquerque, New Mexico 87102, (505) 244-1152 pmontoya@swcp.com.